Certificate Number: 12459-PAE-CC-037306620



12459-PAE-CC-037306620

# CERTIFICATE OF COUNSELING

I CERTIFY that on __March 30, 2023__, at __12:24__ o'clock __PM PDT__, __Wayne Reed__ received from __Abacus Credit Counseling__, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the __Eastern District of Pennsylvania__, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan __was not prepared__. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted __by internet__.

Date: __March 30, 2023__            By: __/s/Mayra Contreras__

                                    Name: __Mayra Contreras__

                                    Title: __Credit Counselor__

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).